IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID JONES**                                                                              **PLAINTIFF**

v.                                              No: 4:21-cv-00543-JM

**RODNEY WRIGHT,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE